**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-2166**

---

SAMUEL K. NJUGUNA,

                                        Plaintiff - Appellant,

          versus


CHARLES   D.   NOTTINGHAM,   Commissioner,
Commonwealth  of  Virginia,  Department  of
Transportation,

                                        Defendant - Appellee.

---

Appeal  from  the  United  States  District  Court  for  the  Eastern
District of Virginia, at Alexandria.   T. S. Ellis, III, District
Judge.  (CA-01-72-A)

---

Submitted:  February 26, 2002          Decided:  March 15, 2002

---

Before WILKINS, NIEMEYER, and LUTTIG, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Samuel  K.  Njuguna,  Appellant  Pro  Se.   Martha  Murphey  Parrish,
Assistant Attorney General, Richmond, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Samuel K. Njuguna appeals the district court's order granting the Appellee's motion for summary judgment in his discrimination action, brought under Title VII of the Civil Rights Act of 1964, 42 U.S.C.A. §§ 2000e to 2000e-17 (West 1994 & Supp. 2000). We have reviewed the record de novo, Higgins v. E. I. DuPont de Nemours & Co., 863 F.2d 1162, 1167 (4th Cir. 1988), viewing the evidence in the light most favorable to Njuguna. Anderson v. Liberty Lobby, Inc., 477 U.S. 242, 255 (1986). Because the Appellee articulated a legitimate, nondiscriminatory reason for Njuguna's termination, we find no reversible error. Texas Dep't of Community Affairs v. Burdine, 450 U.S. 248, 254 (1981). Accordingly, we affirm on the reasoning of the district court. Njuguna v. Nottingham, No. CA-01-72-A (E.D. Va. Sept. 5, 2001).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] The district court's reasons are fully set forth in the transcript of the hearing on Appellee's motion for summary judgment.